IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIMPLE KHANCHANDANI, | § | |
| individually and on behalf of others | § | |
| similarly situated, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-793-K |
| | § | |
| ASK IT SOLUTIONS, LLC, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (*See* Dkt. No. 59.)   No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Accordingly, Plaintiff's Motion for Enforcement of the Parties' Settlement Agreement and Sanctions Against Defendants is **GRANTED IN PART** and **DENIED IN PART** as explained in the magistrate judge's findings, conclusions, and recommendation.  Based on the parties' settlement, this action will be dismissed with prejudice by separate judgment.

SO ORDERED.

Signed April 14th, 2026.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE